# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



FILED

MAY 21 PM 4:00

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

ROSARIO CAMACHO-VELARDE (02),

        Defendant.

CASE NO. 18CR2089-AJB-02

**JUDGMENT OF DISMISSAL**

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

   21:952,960; 18:2 Importation of Heroin and Cocaine; Aiding and Abetting  (Counts 1-2)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 05/18/18

Anthony J. Battaglia
U.S. District Judge